IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **JERRY PYLE,** *et al.* | § § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 6:19-CV-94** |
| **21ST MORTGAGE CORPORATION** | § § § § | |

# FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. All claims having been dismissed,

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 9th day of September, 2019.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE